**STATE of Missouri, Respondent,**

v.

**Johnnie STERLING, Appellant.**

**No. WD 59173.**

Missouri Court of Appeals,
Western District.

Nov. 27, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 29, 2002.

Application for Transfer Denied
March 19, 2002.

Jeannie M. Willibey, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, P.J., PATRICIA A. BRECKENRIDGE, J. and THOMAS H. NEWTON, J.

*Order*

PER CURIAM.

Johnnie Sterling appeals his jury convictions of forcible sodomy, attempted forcible rape, kidnapping and three counts of armed criminal action. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).